No. 82–5757.  ROGERS *v.* TRIGG, SUPERINTENDENT, INDIANA WOMEN'S PRISON, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 82–5758.  WILLIAMS *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 82–5759.  WILLIAMS *v.* FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 82–5760.  THOMPSON *v.* LLOYD ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 82–5761.  TAYLOR *v.* INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 82–5762.  HAUPTMANN *v.* LACEY, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY.  C. A. 3d Cir.  Certiorari denied.

No. 82–5770.  MINER *v.* WYRICK, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 82–5775.  FILIPAS ET AL. *v.* LEMONS.  C. A. 6th Cir.  Certiorari denied.

No. 82–5776.  HARDEN *v.* INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 82–5777.  GILBERT *v.* KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 82–5778.  PEVLOR *v.* KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 82–5779.  HOOVER *v.* MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 82–5780.  HOHMAN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.